

# In the Court of Criminal Appeals of Texas

No. WR-94,425-01

EX PARTE JAMES HENRY NOLAN, III,

*Applicant*

On Application for a Writ of Habeas Corpus
Cause No. 22-CR-2706-83-1 in the 122nd District Court
From Galveston County

YEARY, J., filed a concurring opinion.

Applicant pled guilty to possession of a controlled substance and was sentenced to one year imprisonment. After his plea, the Texas Department of Public Safety crime lab analyzed the substance possessed by Applicant. The lab issued a report showing that the substance did not actually contain any controlled substances. In this application for writ of habeas corpus, Applicant contends that his guilty plea was

involuntary, because at the time he pled guilty, all parties involved incorrectly believed that Applicant possessed a controlled substance. The Court agrees and grants relief under *Ex parte Mable*, 443 S.W.3d 129 (Tex. Crim. App. 2014).

For reasons I have previously stated in opinions such as my concurring opinion in *Ex parte Warfield*, 618 S.W.3d 69, 72–75 (Tex. Crim. App. 2021), and my concurring opinion in *Ex parte Ohlemacher*, No. WR-93,821-01, 2023 WL 1424751, at *1–2 (Tex. Crim. App. Feb. 1, 2023), I disagree that Applicant's guilty plea was involuntary but nevertheless agree that Applicant is entitled to relief. Additionally, I continue to believe that this Court should overrule *Mable*.

With these comments, I concur in the result.


**FILED:**                                   February 15, 2023
**DO NOT PUBLISH**